UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| MANGO HEDGE FUND LIMITED PARTNERSHIP, and RIMON HEDGE FUNDS LTD., | : : : : | 24 Civ. 8182 (JHR) |
| Plaintiffs, | : : | **RULE 7.1 STATEMENT** |
| v. | : : | |
| PRAXIS DIGITAL TRADING GROUP, LLC | : : | |
| Defendant. | : | |

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiffs Mango Hedge Fund Limited Partnership ("Mango") and Rimon Hedge Funds, Ltd. ("Rimon") certifies and discloses as follows:

1. Rimon is an Israeli limited company that is formed, organized, and registered in Israel. Rimon's principal place of business is in Tel Aviv, Israel. An Israeli limited company is equivalent to a corporation under United States law insofar as an Israeli limited company issues shares to its shareholders and limits the personal liability of its shareholders.

2. Rimon's sole shareholder is Michal Haya Adlersberg, an Israeli citizen who is domiciled in Israel.  Ms. Adlersberg is not a dual citizen of the United States domiciled abroad.

3. Rimon has no parent corporation and no publicly held corporation owns 10% or more of its stock.

4. Mango is an Israeli limited partnership that is formed, organized, and registered in Israel. Mango's principal place of business is in Tel Aviv, Israel.

5. Mango's sole general partner is Rimon.

1

6. Mango has a total of 137 limited partners.  Of these 137 limited partners, four (4) are United States citizens.  Three (3) of these limited partners reside in Israel and one (1) resides in Irvine, California.  One (1) other limited partner is a citizen of the United Kingdom and resides in the United Kingdom.  The remaining 132 limited partners are Israeli citizens and reside in Israel.

7. Mango has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date:   November 22, 2024
        New York, New York

                                                  */s/Michael R. Huttenlocher*
Michael R. Huttenlocher, Esq.
MASSUMI + CONSOLI LLP
One Penn Plaza
250 West 34th St., Suite 3406
New York, New York 10119
Tel. (212) 301-7674
mhuttenlocher@mcllp.com

*Attorneys for Mango Hedge Fund Limited Partnership and Rimon Hedge Funds, Ltd.*